Law Office of Angela Barker, LLC, Plaintiff-Respondent, 
against
June Broxton, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Carol R. Sharpe, J.), entered on March 28, 2017, which denied her motion to vacate the notice of trial and certificate of readiness.




Per Curiam.
Order (Carol R. Sharpe, J.), entered on March 28, 2017, modified by granting defendant an additional 60 days from service of a copy of this order with notice of entry to complete discovery; as modified, order affirmed, with $10 costs.
We find no abuse of discretion in the denial of defendant's untimely motion to strike the action from the calendar (see 22 NYCRR 208.17[c]; see also Richardson v Bloomingdale's, 157 AD2d 585 [1990]). Nevertheless, in the particular circumstances present in this case, defendant shall be afforded one final 60-day period to complete discovery (see Richardson v Bloomingdale's, 157 AD2d at 585; Ronel-Bennett, Inc. v Consolidated Edison Co. of NY, 149 AD2d 678 [1991]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 01, 2017